UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILHEN ENRIQUE RODRIGUEZ
CAMACHO, by and through his next friend
Yolanis Eduviges Camacho Duno,

                    Petitioner,

          -against-

LaDEON FRANCIS, et al,

                    Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/28/2026___

26-CV-4415 (MMG)

ORDER DIRECTING PAYMENT OF FEE
OR IFP APPLICATION

MARGARET M. GARNETT, United States District Judge:

Petitioner Wilhen Enrique Rodriguez Camacho brings this petition for a writ of *habeas corpus* by his next friend, Yolanis Eduviges Camacho Duno, who is proceeding *pro se*. To proceed with a petition for a writ of *habeas corpus* in this court, a $5.00 filing fee must be paid or, to request authorization to proceed *in forma pauperis* ("IFP"), a completed and signed IFP application must be filed. *See* 28 U.S.C. §§ 1914, 1915. At the time of filing, neither Petitioner nor his next friend filed an IFP application or paid the $5.00 fee.

Accordingly, within 30 days of the date of this order, Petitioner or his next friend must pay the $5.00 filing fee or submit a completed and signed IFP application.[1] If an IFP application is filed, it should be labeled with docket number 26-CV-4415 (MMG). If the Court grants the IFP application, this action will proceed without the prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

If Petitioner and his next friend fail to comply with this order within the time allowed, and do not request additional time to respond, the Court will dismiss this action without prejudice.

---

[1] An IFP application form is attached to this Order.

The Court directs the Clerk of Court to mail a copy of this order and its attachments to Petitioner at the address of record and email a copy of this order and its attachments to his next friend.   Petitioner or his next friend may accept service of documents in this action by email, instead of regular mail, by completing the form, Consent to Electronic Service, which is also attached to this Order.

SO ORDERED.

Dated:    May 28, 2026
          New York, New York

_____
MARGARET M. GARNETT
United States District Judge