UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILHEN ENRIQUE RODRIGUEZ CAMACHO,

Petitioner,

-against-

LADEON FRANCIS, et al.,

Defendants.

26-CV-04415 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On June 12, 2026, the Court held a conference to hear arguments on the Petition for a Writ of Habeas Corpus, Dkt. No. 1.  Based on the parties' submissions and representations on the record, the Court found that there is an insufficient basis to find that any discretionary or individualized assessment was made in connection with Petitioner's detention, as required under 8 U.S.C. § 1226.

For that reason, and for the other reasons explained on the record at the June 12, 2026, hearing, the petition is GRANTED, and, with consent of the Petitioner, the appropriate remedy to address the due process violations found by the Court is to order a bond hearing for Petitioner, with the burden on the Government.

Accordingly, the Government is ORDERED, by no later than **June 26, 2026**, to provide Petitioner with an individualized bond hearing before an immigration judge at which the Government bears the burden of establishing, by clear and convincing evidence, that Petitioner's continued detention is necessary, either because he poses a danger to the community or is a flight risk.  In deciding whether the Government has met its burden, the immigration judge <u>must</u> consider whether reasonable conditions of supervision or a monetary bond can address any danger or risk of flight and satisfy the Government's interests short of continued detention.  If the immigration judge sets a monetary bond as part of this determination, the judge must consider Petitioner's ability to pay in determining the appropriate bond amount.

Dated: June 12, 2026
      New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge