USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILHEN ENRIQUE RODRIGUEZ CAMACHO,
Petitioner,

-against-

LADEON FRANCIS, et al.,
Respondents.

26-CV-04415 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On June 12, 2026, the Court granted the present habeas petition and directed the Government to provide Petitioner with an individualized, burden-shifted bond hearing before an Immigration Judge by June 26, 2026. *See* Dkt. No. 16.

The Government provided Petitioner with that hearing on June 23, 2026, and Petitioner was released two days later after payment of a $4,000 bond. *See* Dkt. No. 17.

Accordingly, the case is concluded, and the Clerk of the Court is respectfully directed to CLOSE this case.

Dated: July 6, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge